# EXHIBIT A

**QSR Steel Cash Collateral Budget**

| Time Period | 6/18/24-6/21/24 | 6/22/24-6/28/24 | 6/29/24-7/5/24 | 7/6/24-7/12/24 | 7/13/24-7/19/24 | 7/20/24-7/26/24 | August | September | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | 192,865.71 | 141,000.00 | 90,000.00 | 90,000.00 | 134,000.00 | 141,000.00 | 528,000.00 | 456,100.00 | 1,772,965.71 |
| **Disbursements** | | | | | | | | | |
| Materials, Supplies, Manufacutring | 109,159.51 | 100,000.00 | | | 109,159.51 | 100,000.00 | 210,000.00 | 210,000.00 | 838,319.02 |
| Payroll (including taxes and services) | 48,971.30 | 41,129.42 | 41,129.42 | 41,129.42 | 41,129.42 | 41,129.42 | 164,517.68 | 164,517.68 | 583,653.76 |
| Adequate Protection - Liberty Bank | | | 24,581.72 | | | | 24,581.72 | 24,581.72 | 73,745.16 |
| Utilities | 10,387.36 | | | | 10,387.36 | | 10,387.36 | 10,387.36 | 41,549.44 |
| Equipment (Rental & Purchases) | 6,183.72 | | | | 15,925.86 | | 15,925.86 | 15,925.86 | 53,961.30 |
| Rent Expense | | | 11,810.00 | | | | 11,810.00 | 11,810.00 | 35,430.00 |
| Insurance | 9,136.97 | | | | 9,136.97 | | 81,488.97 | 9,136.97 | 108,899.88 |
| Auto and Truck Expenses | 8,146.03 | | 1,604.00 | | 8,146.03 | | 9,750.03 | 9,750.03 | 37,396.12 |
| **Total Disbursements** | 191,984.89 | 141,129.42 | 79,125.14 | 41,129.42 | 193,885.15 | 141,129.42 | 528,461.62 | 456,109.62 | 1,772,954.68 |
| **Total Cash Flow** | | | | | | | | | |
| **Beginning Cash** | - | 880.82 | 751.40 | 11,626.26 | 60,496.84 | 611.69 | 482.27 | 20.65 | - |
| | | | | | | | | | |
| **Ending Cash** | 880.82 | 751.40 | 11,626.26 | 60,496.84 | 611.69 | 482.27 | 20.65 | 11.03 | 11.03 |

15434753.1