**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11 (Subchapter V)** |
| **QSR STEEL CORPORATION, LLC,** | **CASE NO. 24-20562 (JJT)** |
| **DEBTOR.** | |

## TRUSTEE'S MOTION TO APPEAR REMOTELY

The Trustee respectfully requests the Court's permission to participate telephonically or remotely at the hearing on Friday June 21, 2024 at TBD on ECF #5 and/or #6 because the Trustee is traveling and on vacation.

Dated: June 20, 2024         /s/_____
George M. Purtill
Subchapter V Trustee
19 Water Street, P. O. Box 53
South Glastonbury, CT 06073
george.m.purtill@snet.net
Office: (860)659-0569
Cell:    (860)918-5442