**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| QSR STEEL CORPORATION, LLC, | ) Case No. 24-20562(JTT) ) |
| Debtor. | ) ) ) |

**ORDER GRANTING *EX-PARTE* MOTION FOR ORDER**
**SHORTENING AND PRESCRIBING NOTICE OF**
**AND SCHEDULING HEARINGS ON FIRST DAY MOTIONS**

The *Ex-Parte Motion for Order Shortening and Prescribing Notice of and Scheduling Hearings on First Day Motions* (the "Motion to Prescribe", ECF No. 7), filed by QSR Steel Corporation, LLC ("QSR" or "Debtor"), debtor and debtor-in-possession, having been considered, and it appearing to the Court that cause exists to grant the Motion to Prescribe, it is hereby

**ORDERED**, that the Motion to Prescribe is GRANTED in all respects; and it is further

**ORDERED**, that the hearings on the following motions (collectively, the "First Day Motions") are hereby scheduled for **Friday, June 21, 2020 at 2:00 p.m.** at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT**:** (the "Hearings"):

a. Motion for Interim and Final Orders (I) Authorizing Debtor to Use Cash Collateral and (II) Authorizing and Approving Grant Of Adequate Protection (the "Cash Collateral Motion", ECF No. 5);

b. Motion for Order (A) Authorizing Debtor and Debtor-In-Possession To Pay Prepetition Wages, Salaries, and Commissions To Employees; (b) Authorizing Debtor and Debtor-In-Possession To Pay Pre-Petition Benefits And Continue Employee Benefit Programs; and (C) Directing Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (the "Pre-Petition Wages Motion, ECF No. 6" and, together with the Cash Collateral Motion, the "First Day Motions"); and it is further

**ORDERED**, that a copy of this Order (or Notice of Hearing), along with the First Day Motions and all attachments and orders related thereto, shall be served by 7:00 p.m. on June 20, 2024, upon the Notice Parties, as that term is defined in the Motion to Prescribe, which are: (i) those creditors claiming a security interest in the Debtor's cash collateral or their counsel; (ii) the twenty largest unsecured creditors of the Debtor or their counsel; (iii) all parties that have requested notice; and (iv) the United States Trustee (collectively, the "Notice Parties")

**ORDERED**, that the foregoing service shall be made by overnight mail via Federal Express, facsimile transmission, or electronic mail; and it is further

**ORDERED** that the Debtor shall file a certificate of service and service list attesting that such service has been made by the time of the Hearings.

Dated at Hartford, Connecticut this 20th day of June, 2024.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut