ct260                                                                                                                      8/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    QSR Steel Corporation, LLC

Case Number: 24-20562

Chapter: 11

    Debtor *

## ORDER GRANTING REQUEST TO APPEAR REMOTELY

    George M. Purtill having filed a Motion to Appear Remotely, ECF No. 12, in connection with Motion to Use Cash Collateral, ECF No. 5, and Motion to Pay Pre-Petition Payroll , ECF No. 6, it appearing that the relief requested in the Motion to Appear Remotely should be granted for cause shown; it is hereby

    **ORDERED:** George M. Purtill is authorized to attend the hearing on Motion to Use Cash Collateral, ECF No. 5, and Motion to Pay Pre-Petition Payroll , ECF No. 6,  currently scheduled to be heard on June 21, 2024 at 2:00 PM via ZoomGov; and it is further

    **ORDERED:** George M. Purtill shall e-mail the Courtroom Deputy at CalendarConnect_HTD@ctb.uscourts.gov to obtain the ZoomGov connection information.

Dated: June 20, 2024

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.