**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| QSR STEEL CORPORATION, LLC | : | Case No. 24-20562 (JJT) |
| Debtor. | : | |
| | : | JUNE 21, 2024 |

**MOTION TO APPEAR REMOTELY FOR**
**HEARING ON JUNE 21, 2024 AT 2:00 PM**

Pursuant to 11 U.S.C. § 105(a) and Fed. R. of Bankr. P. 1001, creditor Haynes Construction Company ("Haynes Construction"), by and through its undersigned counsel, respectfully moves the Court for permission for Attorneys Jeffrey M. Sklarz and Joanna M. Kornafel to appear remotely at the hearing currently scheduled for June 21, 2024 (the "Hearing") at 2:00 PM.

The undersigned was retained the morning of June 21, 2024, and Attorney Sklarz has a doctor's appointment at 1:15 PM, meaning it would be difficult to attend the hearing in person. Moreover, both Attorneys Sklarz and Kornafel are currently working out of their New Haven office. Therefore, the undersigned respectfully requests that Attorneys Sklarz and Kornafel be permitted by the Court to appear remotely at this afternoon's hearing.

HAYNES CONSTRUCTION COMPANY

By: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Joanna M. Kornafel (ct29199)
Green & Sklarz LLC
One Audubon Street, Third Floor
New Haven, CT 06511
(203) 285-8545
Fax: 203-823-4546
jsklarz@gs-lawfirm.com
jkornafel@gslawfirm.com

{00369148.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: June 21, 2024                                                  /s/ Jeffrey M. Sklarz