## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

IN RE:

QSR STEEL CORPORATION, LLC,
DEBTOR.

CHAPTER 11 (Subchapter V)

CASE NO. 24-20562 (JJT)

---

## APPLICATION FOR ALLOWANCE AND PAYMENT
## OF COMPENSATION FOR SERVICES RENDERED BY
## THE SUBCHAPTER V TRUSTEE FOR POST-CONFIRMATION ACTIVITIES

George M. Purtill, Subchapter V Trustee (the "Trustee") in the **QSR STEEL CORPORATION, LLC, (THE DEBTOR)** bankruptcy case, files this application pursuant to §331 of the Bankruptcy Code for allowance and payment of compensation and reimbursement of expenses (hereinafter "Application"), and would respectfully show the following:

### BACKGROUND

1.     This bankruptcy case was filed on June 18, 2024.

2.     On June 18, 2024, the Trustee was appointed as the Subchapter V trustee in the above-captioned bankruptcy cases. *See* ECF No. 2.

3.     The Trustee performed his duties as specified in 11 U.S.C. § 1183(b).

4.     This fee application is a request for compensation for services rendered by the Trustee for services performed from May 22, 2025 through and including the date of this Application- May, 1, 2026

5. The parties in this case and in two adversary matters agreed to utilize the SubV Trustee George M. Purtill, Trustee for Chapter 11 Case No. 24-20562 to mediate their disputes before this court.

6. The matters were:

   a. **Fee dispute** between the Debtor and its Counsel (**Fee Dispute**)

   b. **General post confirmation** attendance to issues of the Debtor.

   c. Construction contract disputes removed from State Court (the **State Court Litigation**).

7. The parties entered into discussions and ultimately formal and informal mediation agreements and conducted usual mediation procedures

   a. For the **Fee Dispute** commencing 9/4/2025 and ending 10/15/2025.

   b. For the **State Court Litigation** commencing June 11, 2025 and ending February 11, 2026.

8. In the **Fee Dispute** the parties were able to reach a resolution.

9. In the **State Court Litigation** the parties were not able to agree to a resolution and terminated. The SubV Trustee kept open the possibility of re-starting mediation but on March 24, 2026, the undersigned was informed that mediation was not to be pursued. The parties were diligent and cordial in the proceedings .The undersigned spent time and recorded his time separate from his activities in the main case.

10. The time expended on all matters was recorded and is memorialized on Exhibit A1, Exhibit A2 and Exhibit B.

**11.** The invoices (based on time sheets) appended hereto as Exhibit A and B and made a part hereof are intended to comply with D. Conn. L.B.R. 2016-1 in providing a detailed, itemized listing of services rendered by the Trustee for which the Applicant seeks compensation. The time sheets are based upon records prepared contemporaneously with the services rendered and serve to describe the nature and scope of legal services rendered for and on behalf of the Trustee.

**12.** A summary of the post confirmation time is as follows:

    **a. General Post Confirmation work and Fee Dispute Exhibit A1 and A2- $10,143.00 in total - $4704.00 related to Fee Dispute and $5,439.00 related to General Post Confirmation work.**

    **b. State Court Litigation Exhibit B - $9,576.00**

    **c. Total $18,719.00**

## REQUEST FOR ALLOWANCE OF COMPENSATION

1. All services for which allowance of compensation is requested were performed by the Trustee. During the period covered by this Application, the Trustee rendered a total of 49.95 hours of professional services for which compensation is requested.

A complete accounting of the foregoing time is provided in Exhibit A and B attached hereto.

2. Accordingly and based upon the Trustee's normal hourly rates as set forth in the Verified Statement of Subchapter V Trustee, the value of the services rendered in this proceeding during the period of this Application is **$18,719.00**.

3. The Trustee has entered into no agreement for the sharing of compensation, which is prohibited by law.

WHEREFORE, the undersigned prays that the Court authorize compensation to the Trustee for legal services rendered from June 18, 2024 through and including the date hereof.

Dated: May 1, 2026.

_____/s/_____
George M. Purtill
Subchapter V Trustee
19 Water Street, P. O. Box 50
South Glastonbury, CT 06073
george.m.purtill@snet.net
Office: (860)659-0569
Cell:   (860)918-5442

# THE PURTILL LAW FIRM, LLC

19 WATER STREET, P.O. BOX 53
SOUTH GLASTONBURY, CONNECTICUT 06073-0053

GEORGE M. PURTILL

TELEPHONE (860) 659-0569
E-MAIL: George.M.Purtill@snet.net

## Invoice Detail

**REGARDING: QSR Steel Corporation, LLC**

## PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|------|------|------|
| 08\|07\|2025 | GMP | Attendance at Hearings. | 1.00 |
| 08\|07\|2025 | GMP | Attendance at Hearings on ZOOM. | 1.50 |
| 08\|08\|2025 | GMP | Review Haynes Demand Letter. | 0.20 |
| 08\|11\|2025 | GMP | Emails with Attorney Klingman re: QSR; Telephone call from same. | 0.60 |
| 08\|14\|2025 | GMP | Review Orders: ECF #s 525, 526, 527. | 1.00 |
| 08\|21\|2025 | GMP | Emails with Debtor's counsel and Glenn Salamone. | 1.20 |
| 08\|21\|2025 | GMP | Review Memorandum of Decision on CBIZ Application. | 0.30 |
| 08\|22\|2025 | GMP | Email to Parties on Mediation. | 0.30 |

**Summary by Timekeeper:**

GMP    Purtill, George M.

6.1    hours at    $420.00  per hour    $2,562.00

**Total Professional Services:**    $2,562.00

EXHIBIT A1

# The Purtill Law Firm, LLC

19 Water Street
P.O. Box 53
South Glastonbury, CT  06073-0053
(860) 659-0569 Telephone
(860) 659-8930 Facsimile

April 30, 2026

Billed through:  April 30, 2026

Bill number  P16055 - 00025- 18175      GMP

Mr. George M. Purtill

## Invoice Summary

| | | |
|---|---|---|
| Total fees incurred on this invoice | $7,581.00 | |
| Net current charges | | $7,581.00 |
| Balance of last invoice | $27,562.00 | |
| Payments received since last invoice | -$25,000.00 | |
| Net balance forward from last invoice | | +$2,562.00 |
| **BALANCE DUE** | | **$10,143.00** |
| **Prepaid Ending Balance** | | **$0.00** |

## Invoice Detail

**REGARDING: QSR Steel Corporation, LLC**

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09\|04\|2025 | GMP | Telephone conference with Glenn Salamone. | 0.30 | 126.00 |
| 09\|10\|2025 | GMP | Review of emails and Proposal with documents; Telephone call to QSR staff (twice); email to Parties. | 1.60 | 672.00 |
| 09\|11\|2025 | GMP | Attendance at Hearing. | 2.00 | 840.00 |
| 09\|12\|2025 | GMP | Email to Attorney Klingman; email to Attorney Goldman. | 0.40 | 168.00 |
| 09\|14\|2025 | GMP | Attention to emails. | 0.60 | 252.00 |
| 09\|15\|2025 | GMP | Attention to emails; emails to Attorney Mackey; Telephone call to same. | 0.80 | 336.00 |
| 09\|23\|2025 | GMP | Attention to emails on Proposal to Pullman attorneys; Preparation of Offer from Debtor to Pullman. | 1.40 | 588.00 |
| 09\|24\|2025 | GMP | Attendance at Hearings: ECF #s 438, 536, 546, and 564. | 1.00 | 420.00 |

EXHIBIT A2

Purtill, George M.

P16055        -  18,175

| | | | | |
|---|---|---|---|---|
| 09|24|2025 | GMP | Review ECF #572: Exhibit List and Exhibits. | 0.50 | 210.00 |
| 09|24|2025 | GMP | Telephone call to Attorney Goldman; Telephone call to Attorney Klingman. | 0.40 | 168.00 |
| 09|25|2025 | GMP | Review ECF #526; Preparation of Motion to Extend Tenure. | 0.60 | 252.00 |
| 09|26|2025 | GMP | Settlement work: email from Goldman; Telephone call to Goldman. | 0.40 | 168.00 |
| 10|05|2025 | GMP | Review QSR Counter; Preparation of email to Attorney Goldman; Preparation of Reply. | 0.70 | 294.00 |
| 10|10|2025 | GMP | Settlement discussions:  Conference with Attorney Goldman; emails to/from Attorney Klingman; Telephone call from same. | 1.20 | 504.00 |
| 10|15|2025 | GMP | Attendance at ZOOM Hearing. | 0.50 | 210.00 |
| 11|03|2025 | GMP | Telephone call from Attorney Chorches on Plan payments. | 0.20 | 84.00 |
| 11|11|2025 | GMP | Review Haynes' default letter; Review Haynes' bounced check letter. | 0.60 | 252.00 |
| 11|11|2025 | GMP | Telephone call to Attorney Klingman re: default letters; email to same. | 0.40 | 168.00 |
| 01|07|2026 | GMP | Review ECF #s: 611, 612, 614, 615, 616 | 1.00 | 420.00 |
| 01|07|2026 | GMP | Telephone call to Attorney Kornafel. | 0.30 | 126.00 |
| 01|08|2026 | GMP | Attendance at USBC ZOOM. | 0.50 | 210.00 |
| 01|23|2026 | GMP | Attendance at ZOOM Hearing. | 0.50 | 210.00 |
| 02|11|2026 | GMP | Review Status Report. | 0.20 | 84.00 |
| 02|27|2026 | GMP | Attendance at Status ZOOM. | 0.75 | 315.00 |
| 03|14|2026 | GMP | Review Mediator's "Motion to Discharge Mediator". | 0.40 | 168.00 |
| 03|19|2026 | GMP | Review ECF#639, Motion to Discharge Mediator. | 0.30 | 126.00 |
| 03|24|2026 | GMP | Preparation of Motion to Terminate Mediation. | 0.50 | 210.00 |

**Summary by Timekeeper:**

| GMP | Purtill, George M. | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 18.05 | hours at | $420.00 | per hour | | 7,581.00 |
| | | | | **Total Professional Services:** | | | 7,581.00 |

# The Purtill Law Firm, LLC

19 Water Street
P.O. Box 53
South Glastonbury, CT  06073-0053
(860) 659-0569 Telephone
(860) 659-8930 Facsimile

April 30, 2026
Billed through:   April 30, 2026
Bill number  P16055 - 00030- 18176       GMP

Mr. George M. Purtill

## Invoice Summary

| | | |
|---|---|---|
| Total fees incurred on this invoice | $9,576.00 | |
| Net current charges | | $9,576.00 |
| **BALANCE DUE** | | **$9,576.00** |
| **Prepaid Ending Balance** | | **$0.00** |

## Invoice Detail

**REGARDING: QSR/Kingsteel**

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09\|25\|2025 | GMP | Email to Kingsteel mediation parties; replies. | 0.40 | 168.00 |
| 10\|10\|2025 | GMP | Review Overview Memorandum. | 0.30 | 126.00 |
| 10\|10\|2025 | GMP | Review documents: Bloomingdale. | 0.50 | 210.00 |
| 10\|10\|2025 | GMP | Review documents: Mamaroneck. | 0.50 | 210.00 |
| 10\|11\|2025 | GMP | Preparation of Request for Information; revisions to same. | 0.60 | 252.00 |
| 10\|11\|2025 | GMP | Review reply email from Attorney Gardner. | 0.20 | 84.00 |
| 10\|13\|2025 | GMP | Review Dockets to Adversary cases. | 0.40 | 168.00 |
| 10\|13\|2025 | GMP | Preparation of revisions to Requests. | 0.50 | 210.00 |
| 10\|29\|2025 | GMP | Email to counsel on prior Discovery and Deposition. | 0.20 | 84.00 |
| 11\|11\|2025 | GMP | Review Plaintiff's Response; email to Plaintiff's attorney. | 0.70 | 294.00 |
| 11\|13\|2025 | GMP | Review Deposition of Eliran Galapo (#1). | 1.20 | 504.00 |
| 11\|13\|2025 | GMP | Review Deposition of Eliran Galapo (#2). | 1.40 | 588.00 |



Purtill, George M.

P16055        - 18,176

| | | | | |
|---|---|---|---|---|
| 11\|24\|2025 | GMP | Emails from/to Attorney Gardner re: invoices; review invoices. | 1.00 | 420.00 |
| 11\|24\|2025 | GMP | Emails with Attorney Fitzgerald. | 0.40 | 168.00 |
| 12\|09\|2025 | GMP | Emails on status and Court Order. | 0.40 | 168.00 |
| 12\|12\|2025 | GMP | Telephone call from Attorney Fitzgerald; messages to Attorney Klingman. | 0.40 | 168.00 |
| 12\|13\|2025 | GMP | Review Defendant's Responses. | 1.60 | 672.00 |
| 12\|13\|2025 | GMP | Telephone call from Attorney Klingman. | 0.30 | 126.00 |
| 12\|17\|2025 | GMP | Attention to emails on Mediation. | 0.40 | 168.00 |
| 12\|18\|2025 | GMP | Attention to emails. | 0.40 | 168.00 |
| 12\|20\|2025 | GMP | Attention to emails; set up ZOOM. | 0.40 | 168.00 |
| 12\|23\|2025 | GMP | Review Motion to Withdraw Appearance. | 0.20 | 84.00 |
| 12\|28\|2025 | GMP | Preparation for ZOOM; Attention to emails; set up ZOOM and invite participants. | 3.00 | 1,260.00 |
| 12\|29\|2025 | GMP | Preparation for Mediation: email, Telephone call to US Trustee attorney several times; review Confirmed Plan; Preparation of Agenda email. | 4.00 | 1,680.00 |
| 12\|29\|2025 | GMP | Calculations. | 1.50 | 630.00 |
| 12\|30\|2025 | GMP | Preparation for Mediation. | 0.50 | 210.00 |
| 02\|10\|2026 | GMP | Email to parties; review ECH #36: letter to Court. | 0.40 | 168.00 |
| 02\|11\|2026 | GMP | Emails with Debtor (Jukonski). | 0.40 | 168.00 |
| 04\|06\|2026 | GMP | Review Plaintiff's correspondence to Court. | 0.40 | 168.00 |
| 04\|23\|2026 | GMP | Review Motions/Entry of Defaults. | 0.20 | 84.00 |

**Summary by Timekeeper:**

GMP        Purtill, George M.

22.80    hours at        $420.00    per hour        9,576.00

**Total Professional Services:**        9,576.00