ct 143 05/2023

# United States Bankruptcy Court

## District of Connecticut

In re:

QSR Steel Corporation, LLC

Debtor

Case Number: 24-20562

Chapter: 11

## ORDER APPROVING INTERIM APPLICATION FOR COMPENSATION

Pursuant to 11 U.S.C. §§ 328, 330 and/or 331, George M. Purtill, Trustee (the "Applicant"), filed an Interim Application for Compensation on May 8, 2026 (the "Application", ECF No. 667). After notice and hearing held on July 2, 2026, and in the absence of any other objection to the Application; it is hereby

**ORDERED:** The Application is approved and the fees in the amount of $18,719.00, and reimbursement of expenses in the amount of $0.00, is awarded as compensation to the Trustee subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

Dated: July 2, 2026

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.