**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFRORD DIVISION**

| | |
|---|---|
| **IN RE:** : | **Case No. 24-20562** |
| **QSR STEEL CORPORATION, LLC** | **CHAPTER 11** |
| **Debtor** | |
| : | **AUGUST 10, 2026** |

**NOTICE OF DEFAULT**

**DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION**

Pursuant to Article 1V (A) (2), and Article VIII, Section F, of the approved Subchapter V Plan of Reorganization (the Plan), First Citizens Bank & Trust Company (Creditor) hereby provides notice to the Court that the debtor, QSR Steel Corporation, LLC (Debtor) are in default with respect to its payments under the Plan. Creditor respectfully requests a hearing to consider appropriate remedies and whatever relief this court deems just and proper. In support thereof, Creditor represents as follows:

1. On March 14, 2025, the Debtor filed its first amended Plan. The Plan was confirmed on April 28, 2025.
2. In the Plan, the Creditor's debt was listed as an allowed secured claim in the amount of $36,135.06 (Article 4, (A) (2) ). The Creditor was to receive monthly payments in accordance with its loan documents.
3. The Creditor has not received a single payment under the Plan..
4. The Creditor issued a written notice of default to the Debtor. The Debtor failed to cure the default within fifteen days.
5. Pursuant to Article VII, Section F, the Creditor files this notice and requests a hearing to consider all appropriate remedies.

**WHEREFORE**, Creditor respectfully requests this Court hold a hearing to determine the appropriate remedies for the Debtor's default under the Plan.

Date: August 10, 2026

CREDITOR,

By:___________/s/ Robert J. Piscitelli

Robert J. Piscitelli ct 08876
Law Offices of Robert J. Piscitelli LLC
56 East Main Street, Suite 1
P.O. Box 805
Avon, CT 06001-0805
(860) 674-2771
rpiscitelli@rjplawoffice.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 10, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

By:______/s/ Robert J. Piscitelli

Robert J. Piscitelli ct 08876
Law Offices of Robert J. Piscitelli, LLC
56 East Main Street, Suite 1
P.O. Box 805
Avon, CT 06001-0805
(860) 674-2771
rpiscitelli@rjplawoffice.com